**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | June 11, 2014 | Probation: | Gary Burney |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Terri Lindblom | | |

Criminal Case No:  **11-cr-00362-WYD**          Counsel:

UNITED STATES OF AMERICA,                         Tim R. Neff

      Plaintiff,

v.

**1.  SCOTT GOLDBERG**,                                    Steven M. Feder

      Defendant.

## SENTENCING

**10:12 a.m.**     Court in Session - Defendant present (on-bond)

> **Change of Plea Hearing - Tuesday, June 12, 2012, at 11:00 a.m.
> Plea of Guilty - count 1 of Indictment**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

10:14 a.m.     Statement and argument on behalf of Government (Mr. Neff).

10:25 a.m.     Statement and argument on behalf of Defendant (Mr. Feder).

10:28 a.m.     Statement on behalf of Probation (Mr. Burney).

10:29 a.m.     Statement and argument on behalf of Government (Mr. Neff).

| | |
|---|---|
| 10:37 a.m. | Statement on behalf of Defendant (Mr. Feder). |
| 10:39 a.m. | Statement on behalf of Government (Mr. Neff). |
| 10:39 a.m. | Statement on behalf of Probation (Mr. Burney). |
| 10:43 a.m. | Statement on behalf of Defendant (Mr. Feder). |
| 10:58 a.m. | Statement by Defendant on his own behalf (Mr. Goldberg). |
| | Court makes findings. |
| **ORDERED:** | Government's Motion for Downward Departure Pursuant to 5K1.1 [ECF Doc. No. 185], filed September 26, 2012, is **GRANTED.** |
| **ORDERED:** | Defendant Scott Goldberg's Sentencing Memorandum and Request for Variant Sentence [ECF Doc. No. 368], filed May 27, 2014, is **DENIED AS MOOT.** |
| **ORDERED:** | Government's Motion for Decrease for Acceptance of Responsibility [ECF Doc. No. 183], filed September 26, 2012, is **GRANTED.** |
| | Order is **APPROVED BY THE COURT.** |
| **ORDERED:** | Defendant is placed on **probation** for a term of **5** years. |
| **ORDERED:** | **Conditions** of **Probation** are: |
| (X) | Defendant shall not commit another federal, state or local crime. |
| (X) | Defendant shall not possess a firearm as defined in 18 U.S.C. § 921. |
| (X) | Defendant shall comply with standard conditions adopted by the Court. |
| (X) | Defendant shall not unlawfully possess a controlled substance. |
| (X) | The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because the presentence report indicates a low risk of future substance abuse by the defendant. |
| (X) | Because this sentence imposes restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment. |

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Probation** are:

(X) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(X) The defendant shall work with the probation officer in development of a monthly budget that shall be reviewed with the probation officer quarterly.

(X) For the first year of probation, the defendant shall set aside 10% of his weekly earnings. Every month, the defendant shall deliver to the Clerk of the Court his monthly payment as payment on the restitution obligation that remains unpaid at the commencement of supervised release. Within 60 days of the completion of the first year of probation, the defendant shall meet with the probation officer to develop a plan for the payment of restitution. This plan will be based upon the defendant's income and expenses. The plan will be forwarded to the Court for review and approval.

**ORDERED:** The defendant has brought a check today, payable to the Clerk of Court in the amount of $19,583.05, which the defendant shall immediately remit to the Clerk of Court at the conclusion of today's sentencing hearing. This amount will be credited toward the defendant's restitution obligation.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   The defendant shall make restitution to the victims and in the amounts indicated in the presentence report.

Restitution is ordered jointly and severally with the following defendants:

| Name | Case Number | Amount |
|---|---|---|
| RICHARD BENJAMIN | 11-cr-00362-WYD-03 | $459,625.00 |
| DONALD BEVERLY | 11-cr-00362-WYD-02 | $198,970.00 |
| JIMMY HUTCHINSON | 11-cr-00362-WYD-04 | $216,891.00 |
| VINCENT JACKSON | 11-cr-00362-WYD-05 | $468,580.00 |
| DALE JOHNSON | 11-cr-00362-WYD-01 | $383,292.00 |

Restitution owed solely by the defendant is as follows:   **$313,672.67**

**TOTAL AMOUNT OWED:**   **$2,041,030.67**

Each victim shall receive an approximately proportional payment based on the victim's share of the total loss.

The Court finds that the defendant does not have the ability to pay interest and will waive the interest requirement for restitution.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Scott Goldberg [ECF Doc. No. 184], filed September 26, 2012, is **GRANTED.**

Order to Dismiss the Remaining Counts of the Indictment as to Defendant Scott Goldberg is **APPROVED BY THE COURT.**

**ORDERED:**   Bond is **EXONERATED.**

**11:20 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:08**