UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.  11-cr-00362-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  SCOTT GOLDBERG,

    Defendant.

## ORDER

    THIS MATTER is before the Court on Defendant Scott Goldberg's Unopposed Motion for Return of Passport filed August 4, 2015.  The Court, having reviewed the motion,

    ORDERED that Defendant Scott Goldberg's Unopposed Motion for Return of Passport [ECF No. 452] is **DENIED AS MOOT.**   After judgment was entered as to Mr. Goldberg, his passport was surrendered by the Court to the United States Department of State.  (*See* Notice Regarding United States Passport for Criminal Defendant, ECF No. 443.)  Thus, the passport is no longer in the Court's possession.

    Dated:  August 10, 2015

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge